1  **ELIZABETH M. BARROS**
   California State Bar No. 227629
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: elizabeth_barros@fd.org

5  Attorneys for Ricardo Figueroa-Moreno

                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA

                      (HONORABLE PETER C. LEWIS)

| UNITED STATES OF AMERICA, | ) | Case No. 08MJ8001-02 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| RICARDO FIGUEROA-MORENO, | ) | |
| Defendant. | ) | |

Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov;

Michael J. Messina
wm4law@yahoo.com; and

Andrew K. Nietor
NietorLaw@yahoo.com

                                          Respectfully submitted,

DATED:    January 8, 2008                 /s/ Elizabeth M. Barros
                                          **ELIZABETH M. BARROS**
                                          Federal Defenders of San Diego, Inc.
                                          Attorneys for Ricardo Figueroa-Moreno